UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 18-cv-06216-SVK <br><br> **ORDER OF RECUSAL** |

This Court recuses itself from hearing this matter and directs the Clerk of Court to reassign this matter to another judge.

**SO ORDERED.**

Dated: October 16, 2018

_____
SUSAN VAN KEULEN
United States Magistrate Judge