UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM INC, et al., <br><br> Defendants. | Case No. 18-CV-07020-LHK <br><br> **ORDER RE FIRST AMENDED COMPLAINT** |
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 18-CV-06216-LHK |

On March 8, 2019, Plaintiff filed a first amended complaint against Defendants in these related actions. Case No. 18-CV-07020, ECF No. 45; Case No. 18-CV-06216, ECF No. 65. However, pursuant to the Court's January 16, 2019 case management order, the last day to amend the pleadings or add parties was February 13, 2019. Case No. 18-CV-07020, ECF No. 40; Case No. 18-CV-06216, ECF No. 53. The parties did not file, and the Court did not grant, any

1
Case Nos. 18-CV-07020-LHK, 18-CV-07020-LHK
ORDER RE FIRST AMENDED COMPLAINT

1  stipulation allowing Plaintiff to file a first amended complaint in these related actions. Therefore,

2  the first amended complaint is stricken as untimely.

3  **IT IS SO ORDERED.**

5  Dated: March 11, 2019

_____
LUCY H. KOH
United States District Judge