UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No.18-cv-06216-LHK (VKD)<br>Case No. 18-cv-06217-LHK (VKD)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Re: Dkt. Nos. 69, 93 |

On March 18, 2019 in these two consolidated patent infringement matters,[1] the parties filed a stipulated protective order. In that stipulation, the parties advise that they have ongoing disputes over the terms to be included in a final protective order, and they plan to submit a joint letter brief regarding those disputes. In the meantime, the parties' March 18 submission apparently is intended to be a temporary placeholder to facilitate the exchange of discovery, pending the resolution of the parties' protective order disputes.

In view of the outstanding disputes over protective order terms, the Court defers ruling on the propriety of any of the provisions in the parties' March 18 submission, including those that apparently are disputed by the parties. For the present, the Court notes that the March 18 stipulation appears to represent the terms by which the parties have provisionally agreed to abide

---

[1] The parties' stipulation indicates that there are several other pending related matters: Case Nos. 18-cv-04523-LHK *VoIP-Pal.com, Inc. v. Twitter, Inc.*; 18-cv-06054-LHK *VoIP-Pal.com, Inc. v. Cellco Partnership d/b/a Verizon Wireless*; 18-cv-06177-LHK *VoIP-Pal.com, Inc. v. AT&T Corp.*; and 18-cv-07020-LHK *VoIP-Pal.com, Inc. v. Amazon.com, Inc., et al.* However, the Court understands that the March 18 stipulation is meant to apply only to the present consolidated actions against Apple, Inc.

1  until their protective order disputes are resolved.

2  **IT IS SO ORDERED.**

3  Dated:   March 20, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge