1   Counsel listed on the signature page.

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
9                         **SAN JOSE DIVISION**

10

11   VOIP-PAL.COM, INC.,                    Case No. 18-cv-06216-LHK

12                          *Plaintiff*,     **JOINT STIPULATION AND [PROPOSED]**
                                             **ORDER REQUESTING MODIFICATION**
                                             **OF THE COURT'S CASE MANAGEMENT**
13            v.                             **ORDER**

14   APPLE INC.,

15                          *Defendant*.

16   VOIP-PAL.COM, INC.,

17                          *Plaintiff*,     Case No. 18-cv-07020-LHK

18            v.

19   AMAZON.COM, INC. AND AMAZON
20   TECHNOLOGIES, INC.

21                          *Defendants*.

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 6-2, Plaintiff VoIP-Pal and Defendants Apple and Amazon hereby jointly submit this request to modify the Court's May 22, 2019 Case Management Order (18-cv-06216, ECF No. 85; 18-cv-07020, ECF No. 65). The parties propose the modifications in view of the continuance of the claim construction hearing, which was originally scheduled on September 5, 2019; was first continued to September 19, 2019; and is now scheduled on October 24, 2019. (18-cv-06216, ECF Nos. 85, 100; 18-cv-07020, ECF Nos. 65, 78). The current fact discovery deadline remains December 6, 2019.

The parties seek to modify the schedule to restore approximately the amount of time that the Court's original schedule provided between the claim construction hearing and the close of fact discovery. The parties believe that the modified schedule will allow the parties to more efficiently conclude fact discovery—and potentially avoid burdening the Court with discovery disputes that may become moot as a result of the Court's claim construction order or the parties' subsequent narrowing of claims and prior art theories. Accordingly, the parties have agreed, subject to the Court's permission, to revise the current schedule as set forth below:

| Scheduled Event | Current Date/Deadline | [Proposed] Modified Date/Deadline |
|---|---|---|
| Claim Construction Hearing | October 24, 2019 at 1:30 p.m. | October 24, 2019 at 1:30 p.m. [No change] |
| Further Case Management Conference | November 6, 2019 | November 6, 2019 [No change] |
| Close of Fact Discovery | December 6, 2019 | February 7, 2020 |
| Opening Expert Reports | January 10, 2020 | March 11, 2020 |
| Rebuttal Expert Reports | February 7, 2020 | April 9, 2020 |
| Close of Expert Discovery | March 6, 2020 | May 7, 2020 |
| Last Day to File Dispositive Motions and *Daubert* Motions | April 3, 2020 | June 4, 2020 |
| Hearing on Dispositive Motions and *Daubert* Motions | May 21, 2020 at 1:30 p.m. | At the Court's convenience |

1

2    Dated: October 2, 2019

3    MALEK MOSS PLLC                          PERKINS COIE LLP

4     /s/ Kevin N. Malek_____         /s/ Daniel Shvodian_____
     Kevin N. Malek (*pro hac vice*)            Daniel T. Shvodian (SBN 184576)
5    340 Madison Avenue, Floor 19               James F. Valentine (SBN 149269)
     New York, New York 10173                   Wing Liang (SBN 285521)
6    (212) 812-1491                             3150 Porter Drive
     kevin.malek@malekmoss.com                  Palo Alto, CA 94304-1212
7                                               Telephone: (650) 838-4300
                                                Facsimile: (650) 838-4489
8    CARLSON & MESSER LLP                       DShvodian@perkinscoie.com
     David Kaminski                             JValentine@perkinscoie.com
9    J. Grace Felipe                            WLiang@perkinscoie.com
10   5901 W. Century Boulevard Suite 1200
     Los  Angeles, California 90045
11   Tel: (310) 242-2200                        *Attorneys for Defendants Amazon.com, Inc.*
     Fax: (310) 242-2222                        *and Amazon Technologies, Inc.*
12   kaminskid@cmtlaw.com
     felipeg@cmtlaw.com
13   *Attorneys for Plaintiff VoIP-Pal.Com, Inc.*

14   DESMARAIS LLP
15
      /s/ Ameet Modi_____
16   Ameet A. Modi (*pro hac vice*)
17   Robert C. Harrits (*pro hac vice*)
     Michael J.X. Matulewicz-Crowley (*pro hac vice*)
18   230 Park Avenue
     New York, NY 10169
19   Telephone: (212) 351-3400
     Facsimile: (212) 351-3401
20   amodi@desmaraisllp.com
     rharrits@desmaraisllp.com
21   mmatulewicz-crowley@desmaraisllp.com
22
     John M. Desmarais (SBN 320875)
23   Peter C. Magic (SBN 278917)
     101 California Street, Suite 3070
24   San Francisco, CA 94111
     Telephone: (415) 573-1900
25   Facsimile: (415) 573-1901
     jdesmarais@desmaraisllp.com
26   pmagic@desmaraisllp.com
27
     *Attorneys for Defendant Apple Inc.*
28

1

2    PURSUANT TO STIPULATION, IT IS SO ORDERED

3

4    Date: _____        _____

5                                        Lucy H. Koh
                                         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION OF E-FILED SIGNATURES

I, Kevin N. Malek, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with the rules of this Court, I hereby attest that all counsel whose signatures are affixed to this filing have concurred in this filing.

/s/ Kevin N. Malek