1  Counsel listed on the signature page.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | Case No. 18-cv-06216-LHK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING MODIFICATION OF THE COURT'S CASE MANAGEMENT ORDER** |
| VOIP-PAL.COM, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON.COM, INC. AND AMAZON TECHNOLOGIES, INC. <br><br> *Defendants*. | Case No. 18-cv-07020-LHK |

Pursuant to Civil Local Rule 6-2, Plaintiff VoIP-Pal and Defendants Apple and Amazon hereby jointly submit this request to modify the Court's May 22, 2019 Case Management Order (18-cv-06216, ECF No. 85; 18-cv-07020, ECF No. 65). The parties propose the modifications in view of the continuance of the claim construction hearing, which was originally scheduled on September 5, 2019; was first continued to September 19, 2019; and is now scheduled on October 24, 2019. (18-cv-06216, ECF Nos. 85, 100; 18-cv-07020, ECF Nos. 65, 78). The current fact discovery deadline remains December 6, 2019.

The parties seek to modify the schedule to restore approximately the amount of time that the Court's original schedule provided between the claim construction hearing and the close of fact discovery. The parties believe that the modified schedule will allow the parties to more efficiently conclude fact discovery—and potentially avoid burdening the Court with discovery disputes that may become moot as a result of the Court's claim construction order or the parties' subsequent narrowing of claims and prior art theories. Accordingly, the parties have agreed, subject to the Court's permission, to revise the current schedule as set forth below:

| Scheduled Event | Current Date/Deadline | [Proposed] Modified Date/Deadline |
|---|---|---|
| Claim Construction Hearing | October 24, 2019 at 1:30 p.m. | October 24, 2019 at 1:30 p.m. [No change] |
| Further Case Management Conference | November 6, 2019 | November 6, 2019 [No change] |
| Close of Fact Discovery | December 6, 2019 | February 7, 2020 |
| Opening Expert Reports | January 10, 2020 | March 11, 2020 |
| Rebuttal Expert Reports | February 7, 2020 | April 9, 2020 |
| Close of Expert Discovery | March 6, 2020 | May 7, 2020 |
| Last Day to File Dispositive Motions and *Daubert* Motions | April 3, 2020 | June 4, 2020 |
| Hearing on Dispositive Motions and *Daubert* Motions | May 21, 2020 at 1:30 p.m. | At the Court's convenience July 16, 2020 at 1:30 p.m. |

Dated: October 2, 2019

| | |
|---|---|
| MALEK MOSS PLLC | PERKINS COIE LLP |
| /s/ Kevin N. Malek | /s/ Daniel Shvodian |
| Kevin N. Malek (*pro hac vice*) | Daniel T. Shvodian (SBN 184576) |
| 340 Madison Avenue, Floor 19 | James F. Valentine (SBN 149269) |
| New York, New York 10173 | Wing Liang (SBN 285521) |
| (212) 812-1491 | 3150 Porter Drive |
| kevin.malek@malekmoss.com | Palo Alto, CA 94304-1212 |
| | Telephone: (650) 838-4300 |
| CARLSON & MESSER LLP | Facsimile: (650) 838-4489 |
| David Kaminski | DShvodian@perkinscoie.com |
| J. Grace Felipe | JValentine@perkinscoie.com |
| 5901 W. Century Boulevard Suite 1200 | WLiang@perkinscoie.com |
| Los Angeles, California 90045 | |
| Tel: (310) 242-2200 | *Attorneys for Defendants Amazon.com, Inc.* |
| Fax: (310) 242-2222 | *and Amazon Technologies, Inc.* |
| kaminskid@cmtlaw.com | |
| felipeg@cmtlaw.com | |
| *Attorneys for Plaintiff VoIP-Pal.Com, Inc.* | |

DESMARAIS LLP

 /s/ Ameet Modi
Ameet A. Modi (*pro hac vice*)
Robert C. Harrits (*pro hac vice*)
Michael J.X. Matulewicz-Crowley (*pro hac vice*)
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
amodi@desmaraisllp.com
rharrits@desmaraisllp.com
mmatulewicz-crowley@desmaraisllp.com

John M. Desmarais (SBN 320875)
Peter C. Magic (SBN 278917)
101 California Street, Suite 3070
San Francisco, CA 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901
jdesmarais@desmaraisllp.com
pmagic@desmaraisllp.com

*Attorneys for Defendant Apple Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: October 8, 2019

*Lucy H. Koh*
Lucy H. Koh
United States District Judge